UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RUPA RUSSE, individually and as Executor of the Estate of Katherine M. Vickers, <br><br> Plaintiff, <br><br> v. <br><br> UHS-PRUITT HOLDINGS, INC., PRUITT HEALTH, INC., PRUITTHEALTH, INC., UNITED HEALTH SERVICES OF NORTH CAROLINA, INC., PRUITT HEALTH - RALEIGH, LLC, PRUITTHEALTH CARE MANAGEMENT, INC., PRUITTHEALTH CONNECT, INC., PRUITTHEALTH VENTURES, INC., and PRUITT HEALTH - CHINA, LLC, <br><br> Defendants. | **JUDGMENT** <br><br> 5:22-CV-103-BO |

**Decision by Court.**
This cause comes before the Court on motions to dismiss filed by defendant UBS-Pruitt Holdings, Inc. and PruittHealth-Raleigh pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant UBS-Pruitt Holdings' motion to dismiss for lack of personal jurisdiction [DE 15] is GRANTED. Defendant PruittHealth-Raleigh's motion to dismiss for failure to state a claim [DE 17] is also GRANTED. Plaintiff's claims are time-barred and her complaint against all defendants is hereby DISMISSED.

This case is closed.

**This judgment filed and entered on February 13, 2023, and served on:**
Brooke Nichole Scott (via CM/ECF Notice of Electronic Filing)
Alex J. Hagan (via CM/ECF Notice of Electronic Filing)

                                               PETER A. MOORE, JR., CLERK
February 13, 2023

                                               /s/ Lindsay Stouch
                                               By: Deputy Clerk